AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE ALBERTO RAMIREZ-ANGULO | CASE NUMBER: 08 CR 354-W |

I, <u>JOSE ALBERTO RAMIREZ-ANGULO</u>, the above named defendant, who is accused of committing the following offense:

> Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/12/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _José Alberto Ramirez A._
　　Defendant

_____
Counsel for Defendant

Before _____
　　　　　JUDICIAL OFFICER

**FILED**
FEB 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY